United States District Court
Southern District of Texas
**ENTERED**
January 02, 2019
David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

UNITED STATES OF AMERICA
    Plaintiff

v.                                                                      Case No.: 5:19–po–00001
                  Magistrate Judge Sam S Sheldon

Jesus Esteban Coj–Chox
    Defendant

---

### JUDGMENT

On **January 2, 2019**, the above named defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of entering the United States illegally at a place other than as designated by the immigration officers, in violation of 8 U.S.C. 1325(a)(1), as charged in the Criminal Complaint; and the Court having asked the defendant whether he/she had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby sentenced to 15 days confinement.

Based on the Government's motion, the Court finds that reasonable efforts to collect the $10.00 special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

DONE at Laredo, Texas, on **January 2, 2019**.

*Sam S. Sheldon*
United States Magistrate Judge